Application not considered: the application was filed in this Court on October 12th, 1972, and thus was not timely, since the extended return date fixed by the trial court was October 10th.

BARHAM, J., is of the opinion the writ should be granted.

DIXON, J., is of the opinion that we should consider the merits of this application, since many of the same alleged errors are reviewable by this Court on an application for writs of habeas corpus *filed at any time.*

267 So.2d 727

**STATE of Louisiana ex rel. John FULFORD**

v.

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.**

No. 52895.

Oct. 26, 1972.

Application denied; the trial judge has issued orders for a hearing on all motions filed by applicant.